■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEVI GEE, Appellant.—Judgment, Supreme Court, Bronx County (Harold Silbermann, J.), rendered on November 24, 1980, unanimously affirmed. Motion by appellant for leave to file a supplemental brief, and for other relief, denied. No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Carro and Asch, JJ.

■ MAY JACKSON, Appellant, v MYRON KRAWCHUK, Respondent.—Appeal from order, Supreme Court, New York County (David Edwards, Jr., J.), entered on April 14, 1986, unanimously dismissed as nonappealable, without costs and without disbursements. *(See, Everitt v Health Maintenance Center,* 86 AD2d 224, 227.) No opinion. Concur—Ross, J. P., Carro, Asch, Kassal and Ellerin, JJ.